Office of the Chapter 13 Trustee
Southern District Of Georgia
Savannah Division
O. Byron Meredith III
Trustee

33 Bull Street, Suite 415 (31401)                              (912) 234-5052
Post Office Box 10556                                          (800) 292-2811
Savannah, Georgia 31412                                 Fax    (912) 232-8824

December 9, 2013

Barbara B. Braziel
6555 Abercorn Street
Suite 105
Savannah, GA 31405

    RE:    Betty J. Solomon
           Chapter 13 Case No. 13-40905

Dear Ms. Braziel:

    The request to enter into an agreement to modify the mortgage submitted on behalf of the above referenced Chapter 13 debtor is hereby approved.  The debtor may enter into an agreement to modify the mortgage loan.  The payments are to be paid directly to the company that provides the financing for the house.  It is my understanding that the monthly payment will be approximately $852.36 per month.

    A copy of the final loan modification should be provided to this office if it has not been provided previously.

    Please contact me if we can be of additional assistance to you.

               Sincerely,

               s/ O. Byron Meredith III
               O. Byron Meredith III
               Georgia Bar # 002330
               P.O. Box 10556
               Savannah, GA 31412
               (912) 234-5052

cc: Debtor