# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:  )
BETTY J. SOLOMON  )      Chapter: 13
 )      Case No.: 13-40905
             Debtor(s)  )

## NOTICE OF MODIFICATION OF PLAN AFTER CONFIRMATION

The Debtor(s) has filed a modification of the plan in this case, as shown on the copy attached hereto.

This modification may result in a reduction of the dividend to unsecured creditors. Secured and priority creditors may also be affected as shown in the modified plan.

Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provided for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection.

If you have legal grounds to object to the modified plan, or if you wish the Court to consider your views on the plan, you must file a written objection to the modified plan with the Clerk of the Bankruptcy Court before the expiration of twenty-one (21) days from the date stated in the certificate of service.

If you mail your objection to the court, you must mail it early enough so that it will be received within the time referenced above.

Any request for a hearing must also be mailed to the moving party.

If a timely request is filed, you will receive notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the Court will decide that you do not oppose the modified plan and will enter an order confirming the plan as modified.

Date   8-2-14                          _____
                                        Attorney for Debtor(s)

Lucinda Rauback, Clerk
United States Bankruptcy Court
Southern District of Georgia

[Rev. 122012]

# UNITED STATES BANKRUPTCY COURT
## For the Southern District of Georgia

In the matter of: )
**BETTY J. SOLOMON** ) Case No. **13-40905**
)
Debtor(s) )

## MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION

1.  The Debtor(s) hereby modifies the plan confirmed previously in this case, in the following respects:

    a)  Increase payments as follows:

    b)  Reduce payments as follows:    **To $200.00 per month**

    c)  Surrender the following property:

    d)  Other provisions:

2.  Debtor(s) asserts as the basis for the modification the following facts:
    **Loss of income**

3.  All general unsecured claims to be paid at the confirmed dividend.

4.  Except as provided herein, all terms of the plan as previously confirmed remain in full force and effect.

SS#  xxx-xx-4368            /s/ Betty J. Solomon
                            Debtor

SS#_____    /s/
                            Joint Debtor

Dated:       July 28, 2014

STATE OF GEORGIA

COUNTY OF CHATHAM

## CERTIFICATE OF SERVICE

**I, THE UNDERSIGNED**, do hereby certify that I have served the following person(s) named below pursuant to ECF Local Rule 9 or by mailing a copy of the foregoing **NOTICE OF MODIFICATION OF PLAN AFTER CONFIRMATION, MODIFICATION OF PLAN AFTER CONFIRMATION,** to the address (es) indicated with adequate postage affixed thereto to ensure delivery:

**O. BYRON MEREDITH III**
**CHAPTER 13 TRUSTEE**
**PO BOX 10556**
**SAVANNAH, GA 31412**

```
Label Matrix for local noticing          AMERIC'AS SERVICING COMPANY              AMERICA'S SERVICING CO. AS A SERVICER F
113J-4                                   BANKRUPTCY DEPT.                         MAC X7801-014
Case 13-40905-EJC                        7495 NEW HORIZON WAY, BLDG. 4            3476 Stateview Blvd.
Southern District of Georgia             Frederick MD 21703-8388                  Fort Mill, SC 29715-7203
Savannah
Tue Aug  5 08:53:29 EDT 2014

AMERICA'S SERVICING COMPANY              ASC                                      ASC /AMERICA'S SERVICING CO
P. O. BOX 10328                          P.O. BOX 10328                           3476 STATEVIEW BLVD.
Des Moines IA 50306-0328                 Des Moines IA 50306-0328                 FORT MILL SC 29715-7203


AT&T                                     AT&T Mobility II LLC                     American InfoSource LP as agent for
P.O. BOX 84055                           %AT&T SERVICES INC.                      T Mobile/T-Mobile USA Inc
Columbus GA 31908-4055                   KAREN A. CAVAGNARO - PARALEGAL           PO Box 248848
                                         ONE AT&T WAY, SUITE 3A104                Oklahoma City, OK  73124-8848
                                         BEDMINSTER, NJ 07921-2693

BellSouth Telecommunications, Inc.       Barbara B. Braziel-AGP                   Barbara B. Braziel-JEB
% AT&T Services, Inc                     6555 Abercorn Street, Ste 105            6555 Abercorn Street, Ste. 105
Karen Cavagnaro, Paralegal               Savannah, GA 31405-5721                  Savannah, GA 31405-5721
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

(p)CAVALRY PORTFOLIO SERVICES LLC        COLLECTRON                               CREDITORS FINANCIAL GROUP
500 SUMMIT LAKE DR                       P. O. BOX 8                              P.O. BOX 440290
STE 400                                  Savannah GA 31402-0008                   Aurora CO 80044-1500
VALHALLA NY 10595-2322


GE Capital Retail Bank c/o Recovery Manageme   GE Capital Retail Bank c/o Recovery Manageme   (p)GEORGIA DEPARTMENT OF REVENUE
25 S.E. 2nd Avenue, Suite 1120           25 SE 2nd Avenue, Suite 1120             COMPLIANCE DIVISION
Miami, FL 33131-1605                     Miami, FL 33131-1605                     ARCS BANKRUPTCY
                                                                                  1800 CENTURY BLVD NE SUITE 9100
                                                                                  ATLANTA GA 30345-3202

HOME SOURCE RENTALS                      HSBC TAXPAYER FINANCIAL SERVICES         INTERNAL REVENUE SERVICE
9133 WHITE BLUFF RD.                     90 CHRISTIANA ROAD                       P.O. BOX 7346
Savannah GA 31406-4608                   New Castle DE 19720-3118                 Philadelphia PA 19101-7346


LVNV FUNDING                             MCCALLA, RAYMER, LLC                     O Byron Meredith III
P.O. BOX 10584                           1544 OLD ALABAMA RD.                     P O Box 10556
Greenville SC 29603-0584                 Roswell GA 30076-2102                    Savannah, GA 31412-0756


NCO FINANCIAL SYSTEMS                    PYOD, LLC its successors and assigns as assi   QUEST DIAGNOSTIC
P. O. BOX 61247                          of MHC Receivables, LLC                  P. O. BOX 3010
DEPT. 64                                 Resurgent Capital Services               Southeastern PA 19398-3010
Virginia Beach VA 23466-1247             PO Box 19008
                                         Greenville, SC 29602-9008

RECEIVABLES MANAGMENT SOLUTIONS          RESURGENT CAPITAL SERVICES               SPIEGEL
260 E. WENTWORTH AVE.                    P. O. BOX 10587                          101 CROSSWAY PARK WEST
WEST ST. PAUL MN 55118-3523              Greenville SC 29603-0587                 Woodbury NY 11797-2020
```

| | | |
|---|---|---|
| ST. JOSEPH'S/CANDLER<br>5353 REYNOLDS STREET<br>Savannah GA 31405-6015 | Betty J. Solomon<br>144 Laurel Green Court<br>Savannah, GA 31419-9175 | U.S. Attorney Office<br>P.O. Box 8970<br>Savannah, GA 31412-8970 |
| Abbey Marie Ulsh<br>Barrett Daffin Frappier Levine Block LLP<br>15000 Surveyor Boulevard, Suite 100<br>Addison, TX 75001-4417 | Wells Fargo Bank, N.A.<br>c/o Barrett Daffin & Frappier, LLP<br>15000 Surveyor Blvd., Ste. 100<br>Addison, TX 75001-4417 | Wells Fargo Bank, N.A.<br>c/o America's Servicing Company<br>3476 Stateview Blvd.<br>Attn: Bk Dept- MAC# D3347-014<br>Fort Mill, SC 29715-7200 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAVALRY PORTFOLIO SERVICES<br>P. O. BOX 1017<br>Hawthorne NY 10532 | GEORGIA DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>1800 CENTURY BLVD, NE, SUITE 17200<br>Atlanta GA 30345-3206 | (d)Georgia Department of Revenue<br>1800 Century Blvd NE Suite 9100<br>Atlanta GA 30345 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients    35
Bypassed recipients     1
Total                  36

This ____ day of _____, 2014.

6555 Abercorn Street
Suite 105
Savannah, Georgia 31405
(912) 351-9000

\S\ BARBARA B. BRAZIEL
BARBARA B. BRAZIEL
Attorney At Law
Georgia Bar #078775